```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES DALEY,                                                :
                                                            :
                            Plaintiff,                      :      09 Civ. 5907 (LTS) (DF)
                                                            :
              -against-                                     :      ORDER
                                                            :
DOC G.R.V.C., GERALD O'GERAR, et al,                        :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

DOCUMENT ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/19/10

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone conference on April 16, 2010, with Plaintiff and counsel for Defendants, it is hereby ORDERED, as stated on the record at the conference, that:

1. Any motions to amend the Complaint or to join additional parties shall be served and filed no later than June 30, 2010.

2. The parties shall complete fact discovery no later than September 30, 2010.

3. Within seven days of the date of this order, Defendants' counsel shall submit to the Court, with a copy to Plaintiff, a letter reporting on the status of parties' settlement discussions.

4. The office of the Corporation Counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on May 21, 2010, at 11:00 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
        April 16, 2010

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

Mr. James Daley
09-A-3451
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

Lisa Richardson, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007